USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 1/5/10

RECEIVED
CHAMBERS
JAN 05 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINKOIL TRADING LTD.,                    :    09 CV 4716 (SAS)
                                         :
                    Plaintiff,           :    ECF CASE
                                         :
        - against -                      :    **ORDER**
                                         :
CHESTER SHIPPING LTD.,                   :
                                         :
                    Defendant.           :
-----------------------------------------------------------X

Whereas the above captioned action having come before this Court, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on November 25, 2009, having issued an Order to Show Cause vacating the Ex Parte Order and Process of Maritime Attachment and Garnishment and thereafter, on December 9, 2009, having issued an Order dismissing the Complaint without prejudice and to close the case, it is

**ORDERED, ADJUDGED AND DECREED:** that for the reasons stated in the Court's aforesaid Orders, the Clerk of Court is directed to draw a check payable to P. A. BUSH LAW OFFICES as Attorneys, in the amount of all funds deposited in the Court Registry, with any accrued interest thereon, pursuant to the Court's Order dated August 14, 2009, and

**IT IS FURTHER ORDERED,** that the Clerk of Court is to forward the drawn check via Federal Express mail to P.A. BUSH LAW OFFICES, 4TH FLOOR, 72 KOLKOTRONI STREET, 185 35 PIRAEUS Greece.

SO ORDERED

Shira A. Scheindlin,
U.S.D.J.

Dated: New York, New York
January 5, 2010